**ORDERED ACCORDINGLY.**

# TIFFANY & BOSCO
### P.A.

**Dated: November 09, 2009**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22973/550165835

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Arnold B. Skinner and Helen C. Skinner<br>       Debtors.<br>_____<br>CitiMortgage, Inc.<br>       Movant,<br>   vs.<br><br>Arnold B. Skinner and Helen C. Skinner, Debtors,<br>Constantino Flores, Trustee.<br><br>      Respondents. | No. 2:09-BK-12841-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #21) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 5, 2009 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Arnold B. Skinner and Helen C. Skinner have an interest in, further described as:

> LOT 198, POWER RANCH NEIGHBORHOOD 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 532 OF MAPS, PAGE 11, AND THEREAFTER A CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 00-433420 AND RESOLUTION OF STREET NAME CHANCE RECORDED IN DOCUMENT NO. 00·703139 AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 02-286966 AND RESOLUTION OF STREET NAME CHANGE RECORDED IN DOCUMENT NO. 02·420127.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT